# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of February, two thousand twenty-four.

Before:     Guido Calabresi,
            Gerard E. Lynch,
            Beth Robinson,
                *Circuit Judges*.

_____

Revitalizing Auto Communities Environmental
Response Trust, Racer Properties LLC, Eplet, LLC,
not individually but solely in its representative
capacity as Administrative Trustee of Revitalizing
Auto Communities Response Trust

        Plaintiffs - Appellants,

v.

National Grid USA, Niagara Mohawk Power
Corporation, Carrier Corporation, United
Technologies Corporation, Carlyle Air Conditioning
Company, Inc., General Electric Company, FKA
General Electric Corporation, BristolMeyers Squibb
Company, Magna Powertrain USA, Inc., Solvents
and Petroleum Service, Inc., Thompson Corners,
LLC, Metalico Syracuse Realty, Inc., Metalico New
York, Inc., Gardner Denver, Inc., ONX1 LLC,
Onondaga Pottery Company, Inc., Amparit
Industries, LLC, 6181 Thompson Road, LLC,
Carrier Circle Business Complex LLC, Telesector
Resources Group, Inc, Western Electric Company,
Incorporated, Syracuse Lepage LLC, Lennox
Industries Inc., Syracuse Deere Road Associates,
LLC, Jagar Enterprises, Inc., Calocerinos and Spina,
C & S Engineers, Inc., B&B Family Limited
Partnership, Hauler's Facility LLC, 6223 Thompson
Road Suite 1000 Syracuse, NY 13206, Honeywell
International Inc., 80 State Street Albany, NY
122072543, Lockheed Martin Corporation, 6801
Rockledge Drive Bethesda, MD 20817, New
Process Gear, Inc., 6600 New Venture Gear Drive
East Syracuse, NY 13507, Nokia of America

**JUDGMENT**

Docket No. 22-1589

Corporation, 600 Mountain Avenue Murray Hill, NJ 07974, North Midler Properties LLC, 6041 Sewickley Drive Jamesville, NY 13078, Northeast Management Services, Inc., c/o Florine Basile, Jr., President P.O. Box 1238 Cicero, NY 13039, Northern Industrial Holdings, LLC, 1675 South State Street Suite B Dover, DE 19901, Thompson Lawn, LLC, 7050 Cedarbay Road Fayetteville, NY 13066, Thompson NW, LLC, 7050 Cedarbay Road Fayetteville, NY 13066, Center Circles LLC, Chrysler Group LLC, Aleris Partners LLC, Cooper Crouse-Hinds, LLC, Prestolite Electric Incorporated, AKA New Prestolite, FKA PEI 1991 Acquisition, Inc., Fulton Iron & Steel Co. Inc., Deere & Company, Old Carco Liquidation Trust, By Its Trustee RJM I, LLC 251 Little Falls Drive Wilmington, DE 19808, Old Carco LLC, 555 Chrysler Drive Auburn Hills, MI 48236, FKA Chrysler LLC, United States Hoffman Machinery Corporation, 105 Fourth Avenue New York, NY 10003,

   Defendants - Appellees,


Libbey Glass Inc., Burko Corporation, Empire Pipeline Corporation, Old Electric, Inc., FKA Old Prestolite, FKA Prestolite Electric Incorporated, New Process Gear Corporation, Syracuse China Company, John Does,

   Defendants.

---

  The appeal in the above captioned case from a judgment of the United States District Court for the Northern District of New York was argued on the district court's record and the parties' briefs.

  IT IS HEREBY ORDERED, ADJUDGED and DECREED that the district court's judgment dismissing the Second Amended Complaint is VACATED and the case is REMANDED for further proceedings consistent with the Court's opinion.

      For the Court:
      Catherine O'Hagan Wolfe,
      Clerk of Court

